UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALED MOHAMED SAEED,<br>Plaintiff.<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 18-cv-06698-JCS<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 33 |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on June 7, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 12, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on June 7, 2019, for failure to prosecute, and for failure to comply with the Court's Order of April 29, 2019. A further case management conference is also scheduled for **July 12, 2019**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: June 11, 2019

JOSEPH C. SPERO
Chief Magistrate Judge