1  EDWARD M. HIGGINBOTHAM (CABN 231636)
   JEFF B. WORKMAN (CABN 287066)
2  LAW OFFICES OF EDWARD M. HIGGINBOTHAM

3      885 Bryant Street, 2nd Floor
       San Francisco, CA  94103
4      Telephone: (415) 581-0885
       Fax:  (415) 581-0887
5
   Attorneys for Plaintiff
6
   DAVID L. ANDERSON (CABN 149604)
7  United States Attorney
   SARA WINSLOW (DCBN 457643)
8  Chief, Civil Division
   PAMELA T. JOHANN (CABN 145558)
9  Assistant United States Attorney

10     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
11     Telephone: (415) 436-7025
       FAX: (415) 436-6748
12     pamela.johann@usdoj.gov

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALED MOHAMED SAEED,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 18-cv-06698-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) Each party shall bear its own fees, costs, and expenses.

1 | IT IS SO STIPULATED.
2 | DATED: July 31, 2019

LAW OFFICES OF EDWARD M. HIGGINBOTHAM

_____
EDWARD M. HIGGINBOTHAM

Attorneys for Plaintiff Khaled Mohamed Saeed

8 | DATED: August 1, 2019

DAVID L. ANDERSON
United States Attorney

_____
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant United States of America

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.

Dated: August 5, 2019

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA